UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                      Case No. 05-10404
                                                           Chapter 7
JANE PAULINE MATTHEWS,

      Debtor.

WILLIAM C. CARN, III,
TRUSTEE,                                                   Adv. Pro. No. 06-1216

      Plaintiff,

  v.

JANE PAULINE MATTHEWS,

      Defendant.

## MEMORANDUM DECISION

This Adversary Proceeding is before the Court upon the Trustee's motion for default judgment. (Doc. 7). The Trustee filed this Adversary Proceeding to recover property of the estate, with a value of $25,000.00, and to revoke the Debtor's discharge pursuant to 11 U.S.C. § 727(d)(2). The Debtor converted proceeds from a lawsuit subsequent to the date of the petition. The Trustee seeks a money judgment for the amount of the proceeds which were converted by the Debtor. The record reflects that service of process was made on November 28, 2006. (Doc. 3). No answer has been filed nor has an appearance been made. The Court will enter judgment by default on a separate document.

Done this the 28th day of February, 2007.

                                                    /s/ William R. Sawyer
                                                  United States Bankruptcy Judge